**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **GLENN A. BURLACK,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**LONNIE G. BUNCH, III,**<br>**Secretary, Smithsonian Institution,**<br><br>***Defendant.*** | **Civil Action No. 23-2032-SLS** |

**PLAINTIFF'S MOTION TO ALTER OR AMEND THE COURT'S JULY 23, 2026, MEMORANDUM OPINION AND ORDER**

Plaintiff, Glenn A. Burlack, by and through his undersigned attorney and, pursuant to Fed. R. Civ. P. 59(e) and Local Civil Rule ("LCvR") 7, files Plaintiff's Motion to Alter or Amend the Court's July 23, 2026, Memorandum Opinion and Order. This Motion is timely, having been filed within twenty-eight days after the entry of judgment. See Fed. R. Civ. P. 59(e). In support of this Motion, Mr. Burlack respectfully represents as follows:

1. On July 23, 2026, the Court entered its Memorandum Opinion (ECF 44) and Order (ECF 45), granting Defendant's motion for summary judgment and dismissing Mr. Burlack's Amended Complaint (ECF 35).

2. Subsequent to the briefing schedule incident to Defendant's dispositive motion, evidence that was not previously available, despite Mr. Burlack's diligence, came to light, which is material to Mr. Burlack's claims, warranting the Court's reconsideration of its July 23, 2026, decision.

3. Further, there were determinations made in the Memorandum Opinion and Order that were clear errors and that should be reconsidered to prevent manifest injustice to Mr. Burlack.

4. Pursuant to Fed. R. Civ. P. 59(e), the Court should exercise its discretion to reconsider its previous ruling by (1) vacating its July 23, 2026, Order and re-opening discovery for a 60-day period, limited to Defendant's Smithsonian-wide vacancy search; or, alternatively, (2) altering or amending its July 23, 2026, Order by reversing its prior determination and entering an order denying Defendant's motion for summary judgment.

5. This Motion is supported by good cause and granting the relief sought herein is in the interests of the fair and efficient administration of justice.

6. Contemporaneously with the filing of this Motion, Mr. Burlack, pursuant to LCvR 7(a), is filing his Memorandum in Support of Plaintiff's Motion to Alter or Amend the Court's July 23, 2026, Memorandum Opinion and Order.

7. Prior to filing this Motion, Plaintiff's counsel, pursuant to LCvR 7(m), conferred with Defendant's counsel in a good-faith effort to determine whether Defendant opposes the relief sought in this Motion. On August 19, 2026, Defendant's counsel informed Plaintiff's counsel that Defendant opposes this Motion.

WHEREFORE, Plaintiff respectfully requests that the Court exercise its discretion and enter an order (1) vacating its July 23, 2026, Memorandum Opinion and Order and re-opening the discovery period for 60 days to afford the parties the opportunity to engage in discovery limited to Defendant's Smithsonian-wide vacancy search; or, in the alternative, (2) entering an order

reversing its previous Order granting summary judgment in Defendant's favor; and (3) granting such other and further relief as the Court deems appropriate.

DATED: AUGUST 20, 2026.

Respectfully submitted,

Nathaniel D. Johnson (MD Bar #14729)
Attorney for Plaintiff
The Employment Law Firm, LLC
3261 Old Washington Road, Suite 2020
Waldorf, Maryland 20602
301-715-8919/888-492-9434 (fax)
ndjesquire@gmail.com

**CERTIFICATE OF SERVICE**

This will certify that a copy of Plaintiff's Motion to Alter or Amend the Court's July 23, 2026 Memorandum Opinion and Order was served this 20th day of August 2026 upon the counsel of record named below through the Court's CM/ECF electronic filing system:

Tabitha Bartholomew, Esq.
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530



Nathaniel D. Johnson